**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CR71** |
| vs. ) | |
| ) | **ORDER** |
| **MARIO VALENZUELA-CENTENO and** ) | |
| **ROSARIO RAMIREZ-MORENO,** ) | |
| ) | |
| **Defendants.** ) | |

In light of the recent arraignment of co-defendant, Jessica Martinez,

**IT IS ORDERED** that the jury trial now set for September 26, 2006 is cancelled. A trial date will be scheduled by further order.

**DATED August 31, 2006.**

                                                    **BY THE COURT:**

                                                    **s/ F.A. Gossett
United States Magistrate Judge**